# Court of Appeals
# of the State of Georgia

ATLANTA, October 31, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0386. CASEY S. HOLCOMB v. THE STATE.**

Following a jury trial in 2018, Casey Shane Holcomb was convicted of aggravated sexual battery and child molestation. He appealed and this Court affirmed in an unpublished opinion. See Case No. A19A1964 (Feb. 5, 2020).

In July 2023, Holcomb filed a motion with the trial court, claiming his sentence was void because the trial court did not have jurisdiction and he was denied a trial by jury. On August 9, 2023, the trial court denied Holcomb's motion and he filed this direct appeal on September 14. Pretermitting whether the court's order was subject to direct appeal, we lack jurisdiction because Holcomb's notice of appeal was untimely.

A notice of appeal must be filed within 30 days of the entry of an appealable decision or judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Holcomb filed his notice of appeal 36 days after entry of the trial court's order.

Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,___10/31/2023_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.